Leon Greenberg, Esq. NSB 8094
Dana Sniegocki, Esq. NSB 11715
Leon Greenberg Professional Corporation
2965 S. Jones Boulevard  - Suite E-3
Las Vegas, Nevada 89146
(702)383-6085
Fax: (702)385-1827
Email: leongreenberg@overtimelaw.com
          dana@overtimelaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOHN W. SMIRK,<br><br>Plaintiff,<br><br>vs.<br><br>TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN; RICHARD B. SIGMOND; INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN,<br><br>Defendants. | Case: 2:19-CV-00650-APG-VCF<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT |

Plaintiff, in proper person and Defendants by and through their counsel of record, Leon Greenberg, hereby stipulate and agree to extend the time for Defendants to file a response to Plaintiff's complaint up to and until September 9, 2019.

1

1 | This stipulation and order is sought in good faith and not for the purpose of
2 | delay. No prior reqest for any extension of time has been made.

Dated: Clark County, Nevada
July 22, 2019

        LEON GREENBERG PROFESSIONAL CORPORATION

        /s/ *Leon Greenberg*
        Leon Greenberg, Esq.
        Leon Greenberg, Esq. NSB 8094
        Dana Sniegocki, Esq. NSB 11715
        2965 S. Jones Boulevard #E-3
        Las Vegas, Nevada 89146
        (702) 383-6085
        Nevada Bar Number: 8094
        Attorneys for the ~~Plaintiffs~~ Defendants

        */s/ John W. Smirk*
        John W. Smirk
        9904 Moonridge Court
        Las Vegas, NV 89134
        Plaintiff in Proper Person

Dated: July 23, 2019

IT IS SO ORDERED

        UNITED STATES MAGISTRATE JUDGE

-2-

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that the above and foregoing was electronically filed using the |
| 3 | Court's CM/ECF system on July 23, 2019, which will send electronic notification of |
| 4 | this filing to all counsel of record. |
| 5 | and |
| 6 | by depositing the same in the U.S. mail, first class postage, prepaid, addressed as |
| 7 | follows: |

TO:
John W. Smirk
9904 Moonridge Court
Las Vegas, NV 89134

                                                /s/ *Sydney Saucier*
                                                  Sydney Saucier