JOHN W. SMIRK
9904 Moonridge Court
Las Vegas, Nevada 89134
(702) 241-4672
*Pro Se*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SMIRK,<br><br>  Plaintiff,<br><br>vs.<br><br>TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN; RICHARD B. SIGMOND; INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN,<br><br>  Defendants. | Case No.:  2:19-cv-00650-APG-VCF<br><br>Judge:  Honorable Andrew P. Gordon<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING TO DEFENDANTS' PARTIAL MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) AND TO STRIKE JURY DEMAND**<br><br>**[FIRST REQUEST]** |

Plaintiff JOHN SMIRK ("Plaintiff"), *Pro Se*, and Defendants TRUSTEES OF THE INERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN, RICHARD B. SIGMOND and INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN ("Defendants") by and through their undersigned counsel, hereby agree and stipulate for an additional extension of time for Plaintiff to file a responsive pleading to Defendant's Partial Motion to Dismiss Pursuant to Rule 12(b)(6) and to Strike Jury Demand (Document #16) from the current deadline of September 23, 2019, up to and including **November 4, 2019**. Plaintiff is currently seeking new counsel and, upon retention of same, new counsel will be unable to adequately prepare Plaintiff's response to said Motion by the current deadline.

///

///

///

Counsel for Defendants agreed to such extension. This is the first request for an extension of time for Plaintiff to respond to said Motion. This request is made in good faith and not for the purpose of delay.

Dated: September 20, 2019

Respectfully submitted,

JOHN W. SMIRK
*Pro Se*

Dated: September 20, 2019

Respectfully submitted,

LEON GREENBERG, ESQ.
LEON GREENBERG PROFESSOINAL CORPORATION

JAMES E. GOODLEY, ESQ., Pro Hac Vice
JENNINGS SIGMOND, P.C.

*Attorney for Defendants*
TRUSTEES OF THE INERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN, RICHARD B. SIGMOND and INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE
Dated: September 23, 2019.

2