ERIC DOBBERSTEIN, ESQ.
Nevada Bar #3712
eric@dobbersteinlaw.com
CHRISTOPHER FELLOWS, ESQ.
Nevada Bar #13869
cfellows@dobbersteinlaw.com
DOBBERSTEIN LAW GROUP
9480 S. Eastern Ave., Suite 252
Las Vegas, Nevada 89123
Tel: 702-430-8900
Fax: 702-995-7005

FRANCIS J. MORTON, ESQ.
Nevada Bar #2380
lvactionnow@aol.com
760 N. Lamb Boulevard
Las Vegas, Nevada 89110
Tel: (702) 240-0405

*Attorneys for Plaintiff JOHN W. SMIRK*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SMIRK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN; RICHARD B. SIGMOND; INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN,<br><br>　　　　Defendants. | Case No.: 2:19-cv-00650-APG-VCF<br><br>Judge: Honorable Andrew P. Gordon<br><br>**STIPULATION AND ORDER WITHOUT PREJUDICE** |

///
///
///
///
///
///
///

1

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between the parties through their attorneys of record to: 1) Dismiss Defendant Richard B. Sigmond on all causes of action without prejudice; 2) Dismiss Counts II and III against Defendant Trustees of the International Painters and Allied Trade Industry Pension Plan and Defendant International Painters and Allied Trades Industry Pension Plan without prejudice; 3) Dismiss all claims for punitive damages without prejudice; and 4) Strike Plaintiff's jury demand.

There is no trial date set in this matter.

DOBBERSTEIN LAW GROUP

By: _____
ERIC DOBBERSTEIN, ESQ.
Nevada Bar #3712
CHRISTOPHER FELLOWS, ESQ.
Nevada Bar #13869
9480 S. Eastern Ave., Suite 252
Las Vegas, Nevada 89123

FRANCIS J. MORTON, ESQ.
Nevada Bar #2380
760 N. Lamb Boulevard
Las Vegas, Nevada 89110
*Attorneys for Plaintiff JOHN W. SMIRK*

JENNINGS SIGMOND, P.C.

By: /s/ *James E. Goodley, Esq.*
JAMES E. GOODLEY, ESQ.
1835 Market Street, Suite 2800
Philadelphia, PA 19103

LEON GREENBERG, ESQ.
LEON GREENBERG PROFESSOINAL CORPORATION
Nevada Bar #8094
DANA SNIEGOCKI, ESQ.
Nevada Bar #11715
2965 South Jones Boulevard, Suite E3
Las Vegas, NV 89146
*Attorneys for Defendants*

## ORDER

It is so Ordered. In addition, the defendant's motion to dismiss (ECF No. 16) is denied without prejudice as moot.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: November 5, 2019.