ERIC DOBBERSTEIN, ESQ.
Nevada Bar #3712
eric@dobbersteinlaw.com
CHRISTOPHER FELLOWS, ESQ.
Nevada Bar #13869
cfellows@dobbersteinlaw.com
DOBBERSTEIN LAW GROUP
9480 S. Eastern Ave., Suite 252
Las Vegas, Nevada 89123
Tel: 702-430-8900
Fax: 702-995-7005

FRANCIS J. MORTON, ESQ.
Nevada Bar #2380
lvactionnow@aol.com
760 N. Lamb Boulevard
Las Vegas, Nevada 89110
Tel: (702) 240-0405

*Attorneys for Plaintiff JOHN W. SMIRK*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SMIRK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN; RICHARD B. SIGMOND; INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN,<br><br>　　　　Defendants. | Case No.: 2:19-cv-00650-APG-VCF<br><br>Judge: Honorable Andrew P. Gordon<br><br>**STIPULATION AND ORDER** |

///
///
///
///
///
///
///
///

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between the parties through their attorneys of record that Defendants may have until December 20, 2019 to respond to Plaintiff's Complaint. There is no trial date set in this matter.

| | |
|---|---|
| DOBBERSTEIN LAW GROUP | LEON GREENBERG PROFESSOINAL CORPORATION |
| By: [signature] | By: /s/ James E. Goodley |
| ERIC DOBBERSTEIN, ESQ. | LEON GREENBERG, ESQ. |
| Nevada Bar #5712 | Nevada Bar #8094 |
| CHRISTOPHER FELLOWS, ESQ. | DANA SNIEGOCKI, ESQ. |
| Nevada Bar #13869 | Nevada Bar #11715 |
| 9480 S. Eastern Ave., Suite 252 | 2965 South Jones Boulevard, Suite E3 |
| Las Vegas, Nevada 89123 | Las Vegas, NV 89146 |
| | |
| FRANCIS J. MORTON, ESQ. | JAMES E. GOODLEY, ESQ. |
| Nevada Bar #2380 | JENNINGS SIGMOND, P.C. |
| 760 N. Lamb Boulevard | 1835 Market Street, Suite 2800 |
| Las Vegas, Nevada 89110 | Philadelphia, PA 19103 |
| | |
| *Attorneys for Plaintiff JOHN W. SMIRK* | *Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

Dated: December 5, 2019.

[signature]

UNITED STATES ~~DISTRICT COURT~~ JUDGE

Magistrate