ERIC DOBBERSTEIN, ESQ.
Nevada Bar #3712
eric@dobbersteinlaw.com
DOBBERSTEIN LAW GROUP
9480 S. Eastern Ave., Suite 252
Las Vegas, Nevada 89123
Tel: 702-430-8900
Fax: 702-995-7005

FRANCIS J. MORTON, ESQ.
Nevada Bar #2380
lvactionnow@aol.com
760 N. Lamb Boulevard
Las Vegas, Nevada 89110
Tel: (702) 240-0405

*Attorneys for Plaintiff JOHN W. SMIRK*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SMIRK,<br><br>Plaintiff,<br><br>vs.<br><br>TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN; RICHARD B. SIGMOND; INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN,<br><br>Defendants. | Case No.: 2:19-cv-00650-APG-VCF<br><br>Judge: Honorable Andrew P. Gordon<br><br>**SCHEDULING ORDER** |

Pursuant to Fed. R. Civ. P. 26(f), the parties submit this scheduling order as follows:

1. **Meeting:** The FRCP 26(f) discovery conference was held on 01/16/2020. Plaintiff JOHN SMIRK, through his attorney Eric Dobberstein, Esq. of Dobberstein Law Group conducted a FRCP 26(f) conference with the following Defendants: TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION PLAN; RICHARD B. SIGMOND; and INTERNATIONAL PAINTERS AND ALIED TRADES INDUSTRY PENSION PLAN (hereinafter collectively referred to as "Defendants"), through their attorney James E. Goodley, Esq. of the law firm of Jennings Sigmond, P.C.

1

**2.** **Pre-Discovery Disclosures**: Defendants will produce the administrative record on or before 01/31/2020, which is fourteen (14) days from the date of the parties' Fed. R. Civ. P. 26(f) conference.

**3.** **Local Rule 26-1(a) Statement Regarding Special Scheduling Review**: Not needed.

**4.** **Discovery Plan:** This is a matter set for judicial review of a prior administrative court ruling. No new discovery is contemplated at this time. The only evidence to be presented is the record on appeal, which will be produced by January 31, 2020 pursuant to FRCP 26(f) by Defendants.

**5.** **Briefing Schedule**: The parties propose the following briefing schedule, which is to be concluded on July 31, 2020:

(A) Plaintiff's Opening Brief: The last day to file Plaintiff's Opening Brief shall be April 6, 2020.

(B) Defendant's Reply Brief: The last day to file Defendant's Reply Brief shall be June 8, 2020.

(C) Plaintiff's Reply Brief: The last day to file Plaintiff's Reply Brief shall be July 31, 2020.

(D) Interim Status Report: The parties shall file the interim status report required by Local Rule 26-3 by May 31, 2020, which is not later than <u>sixty (60) days</u> before the final brief has been filed.

/ / /

/ / /

/ / /

/ / /

(G) Later Appearing Parties: A copy of this Scheduling Order shall be served on any person served after it is entered or, if additional defendants should appear, within five (5) days of their first appearance. This Scheduling Order shall apply to such later-appearing parties, unless the Court, on motion and for good cause show.

| | |
|---|---|
| DOBBERSTEIN LAW GROUP | JENNINGS SIGMOND, P.C. |
| By: */s/ Eric Dobberstein, Esq.*<br>ERIC DOBBERSTEIN, ESQ.<br>Nevada Bar #3712<br>9480 S. Eastern Ave., Suite 252<br>Las Vegas, Nevada 89123<br><br>FRANCIS J. MORTON, ESQ.<br>Nevada Bar #2380<br>760 N. Lamb Boulevard<br>Las Vegas, Nevada 89110<br>*Attorneys for Plaintiff JOHN W. SMIRK* | By: */s/ James E. Goodley, Esq.*<br>JAMES E. GOODLEY, ESQ.<br>1835 Market Street, Suite 2800<br>Philadelphia, PA 19103<br><br>LEON GREENBERG, ESQ.<br>LEON GREENBERG PROFESSOINAL CORPORATION<br>Nevada Bar #8094<br>DANA SNIEGOCKI, ESQ.<br>Nevada Bar #11715<br>2965 South Jones Boulevard, Suite E3<br>Las Vegas, NV 89146<br>*Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

Dated: January 30, 2020.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate